USCA1 Opinion

 

 November 18, 1994 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 94-1748 DOUGLAS E. YEO, ETC., Plaintiff, Appellant, v. TOWN OF LEXINGTON, ET AL., Defendants, Appellees. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ _________________________ John W. Spillane, with whom John J. Spillane was on brief, ________________ ________________ for appellant. Jason Berger, with whom John F. Welsh, Adam P. Forman, and ____________ _____________ _______________ Testa, Hurwitz & Thibeault were on brief, for appellees. __________________________ _________________________ _________________________ Per Curiam. We dismiss this appeal for want of Per Curiam. ___________ appellate jurisdiction on the ground of mootness. See, e.g., ___ ____ Oakville Dev. Corp. v. FDIC, 986 F.2d 611, 613 (1st Cir. 1993). ___________________ ____ This dismissal is without prejudice to appellant's continued prosecution of the underlying action, which remains pending in the district court. We take no view of either (1) the appropriateness of the district court's denial of preliminary injunctive relief, or (2) the merits of the case. Appeal dismissed. No costs. Appeal dismissed. No costs. ________________ ________ 2